## (December 3, 1982)

■ ROBERT H. MANCUSO, Respondent, v MARY G. MANCUSO, Also Known as MARY BIGGS, Appellant. — Motion to dismiss appeal granted, without costs, upon the ground that the order appealed from is not appealable (CPLR 5511; *Perlmutter v Perlmutter*, 65 AD2d 601; *Kurtis v Allstate Ins. Co.*, 43 AD2d 954). Cross motion denied, without costs. Mahoney, P. J., Sweeney, Kane, Casey and Levine, JJ., concur.

## (December 6, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES MERIWETHER, JR., Petitioner, v EUGENE LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied upon the ground that petitioner is no longer detained by respondent. Mahoney, P. J., Kane, Yesawich, Jr., Weiss and Levine, JJ., concur.